[Civ. No. 7379. Third Dist. May 7, 1947.]

Guardianship of ALICE M. MEYER, an Incompetent Person.

Sullivan, Roche, Johnson & Farraher for Appellant.

Lounibos & Lounibos for Respondent.

THE COURT.— This is a motion by counsel for appellant to dismiss, without prejudice, the appeal filed by Alice M. Meyer, the above-named alleged incompetent person, from the order appointing a guardian of her estate. The affidavit filed in support of the motion shows that appellant died on February 17, 1947, and that, therefore, the issue as to appellant's competency has become moot.

The motion to dismiss the appeal without prejudice is granted.